# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2090. QUINCY CANADA v. THE STATE.

On April 5, 2017, Quincy Canada pled guilty to aggravated battery - family violence and cruelty to children relating to injuries sustained by his son. On September 18, 2023, Canada was indicted on two counts of felony murder for the death of his son. Canada filed a plea in bar to the felony murder charges, which was denied. Canada filed a timely direct appeal from that denial, indicating that jurisdiction lies in this Court.

The Supreme Court of Georgia has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III(8). Because a penalty of death may be imposed for the crime of murder, jurisdiction over this appeal appears to lie in the Supreme Court. See OCGA § 16-5-1(a), (e)(1); *Hart v. State*, 322 Ga. 1, 10(1) (917 SE2d 631) (2025) (preserving

requirement that this Court transfer "non-death-penalty murder appeals" to the Supreme Court). See also *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (considering appeal from denial of post-judgment motion in murder case).

Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__06/11/2026_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*